

07CR 820
07CR 820

JUDGE LINDBERG
MAGISTRATE JUDGE COX

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:06-00118 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Martin O'Shield<br><br>Chicago, IL 60657 | Middle District of Tennessee | Nashville |
| | NAME OF SENTENCING JUDGE | |
| | Aleta A. Trauger, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/10/2007 — TO 09/09/2010 |

OFFENSE
18 U.S.C. 1029(a)(2),(b) and (c) Trafficking in Unauthorized Access Devices

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Middle District of Tennessee

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____Northern District of Illinois_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-26-07
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC - 5 2007
Effective Date

*United States District Judge*

FILED

DEC - 7 2007 cm

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Middle District of Tennessee**

---

Katheryn M. Beasley
*Deputy Clerk, Criminal Cases*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-5498 ext. 220

**07CR  820**

E-Mail: Katheryn_Beasley@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

**JUDGE LINDBERG**

November 28, 2007

**MAGISTRATE JUDGE COX**

United States District Court Clerk

Everett McKinley Dirksen United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

RE:   TRANSFER OF JURISDICTION
      USA v. MARTIN O'SHIELD
      Middle District of Tennessee Criminal Case No.:   3:06-00118

Dear Clerk:

   Enclosed are two originals of Probation Form 22, Transfer of Jurisdiction, for the above-named defendant, which have been signed by U.S. District Judge Aleta A. Trauger.

   Upon your Court's acceptance of jurisdiction, please return one original signed form to this office and retain one for your records. When the acceptance of jurisdiction is received, certified copies of pertinent documents will be forwarded to your Court.

Yours truly,

/s/ Katheryn M. Beasley
Katheryn M. Beasley

**RECEIVED**

DEC  7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosures
cc:   U.S. Probation Office

United States District Court Clerk
Everett McKinley Dirksen United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

**RECEIVED**

DEC 7 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**