IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 820 |
| | ) | Judge Lindberg |
| MARTIN O'SHIELD, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: **AUSA Tinos Diamantatos, U.S. Attorney's Office, 219 So. Dearborn Street, Chicago, Illinois. 60604.**

   **PLEASE TAKE NOTICE**, that on Wednesday February 6, 2008, at 9:30 a.m. the undersigned shall appear before the Honorable Judge Lindberg or any judge sitting in his stead in courtroom 1425 and then and there present **Defendant Martin O'Shield's Motion to Modify Conditions of Supervised Release** a copy of which is attached and is hereby served upon you.

                              Respectfully submitted,
                              s/J. Clifford Greene, Jr.


**CERTIFICATE OF SERVICE**

   The undersigned certifies that on Wednesday January 30, 2008, before the hour of 5:07 p.m., he caused a copy of the above Notice and Motion to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF System with Notice given to all filers resident in same for the above captioned case in concert with all of the applicable local rules.

                              Respectfully submitted,
                              s/J. Clifford Greene, Jr.

**LAW OFFICE OF
J. Clifford Greene, Jr.
55 West Monroe Street
Suite 2455
Chicago, Illinois  60603
Tel: (312) 424-4002
Fax: (312) 236-0336
Email:    jcliffordgreene@msn.com**

Case 1:07-cr-00820   Document 4   Filed 01/30/2008   Page 2 of 2